| AO-1 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2003 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) BLAKE, CATHERINE C. | 2. Court or Organization UNITED STATES DISTRICT COURT, MD. | 3. Date of Report 5-17-2004 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) UNITED STATES DISTRICT JUDGE (ACTIVE) | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial  XX Annual  ___ Final | 6. Reporting Period 1/1/03 – 12/31/03 |
| 7. Chambers or Office Address 7310 U.S. COURTHOUSE 101 WEST LOMBARD STREET BALTIMORE, MD 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| x | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| x | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse: see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|

### A. Filer's Non-Investment Income

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| x | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 2003 | ▓▓▓▓▓▓▓▓▓▓  2003 honoraria | |
| 2 | 2003 | ▓▓▓▓▓▓▓▓▓▓  Bristol-Myers Squibb Company – $1,000 Baltimore Research – $1,000 | |
| 3 | 2003 | Self-employed (doctor) | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | FREE Foundation | Sept. 9-14, 2003   Big Sky, Montana-Toxic Tort Seminar (travel, food, lodging) |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☒ NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☒ NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:   J=$15,000 or less       K=$15,001-$50,000        L=$50,001-$100,000       M=$100,001-$250,000
N=$250,001-$500,000        O=$500,001-$1,000,000        P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000       P3=25,000,001-50,000,000       P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 5-17-2004 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 IRA – Delaware American | | | | | | | | | |
| 2 Government Bond A Class | A | DIV | K | T | | | | | |
| 3 IRA – Delaware Delchester | | | | | | | | | |
| 4 Fund A Class | A | DIV | J | T | | | | | |
| 5 IRA – T Rowe Price | | | | | | | | | |
| 6 a) Equity Income | A | DIV | J | T | | | | | |
| 7 b) Growth Stock | A | DIV | K | T | | | | | |
| 8 c) New Asia | — | — | — | — | | | | | below reportable income + value |
| 9 d) New Era | A | DIV | J | T | | | | | |
| 10 e) Science + Technology | NONE | | K | T | | | | | |
| 11 f) Spectrum Income | A | DIV | J | T | | | | | |
| 12 State of Maryland – | | | | | | | | | |
| 13 Deferred Comp Plan | A | DIV | K | T | | | | | |
| 14 Wachovia Bank - accounts | A | INT | K | T | | | | | |
| 15 T Rowe Price Growth Stock | A | DIV | K | T | | | | | |
| 16 US Savings Bonds | A | INT | J | T | — | | | | |
| 17 IRA First Financial Federal Credit Union | A | DIV | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| SEP - Wachovia Securities | | | | | | | | | |
| a) AIM Weingarten Fund | A | DIV | J | T | | | | | |
| b) Evergreen Treas Money Market Fund Class A | A | INT | J | T | | | | | |
| Templeton Growth Fund | B | DIV | K | T | Redemp / Redemp | 1/13 / 12/30 | J / K | A / B | |
| IRA - Putnam Growth | | | | | | | | | |
| + Income Cl - A | A | DIV | J | T | | | | | |
| IRA - JP Morgan Funds | | | | | | | | | |
| Growth + Income A | A | DIV | J | T | | | | | |
| IRA - MetLife | None | | J | T | | | | | |
| TSA - MetLife | none | | L | T | | | | | |
| T Rowe Price - Maryland | | | | | | | | | |
| College Investment Plan | None | | J | T | | | | | |
| Guardian Whole Life | B | DIV | K | T | | | | | |
| MetLife Whole Life | A | DIV | J | T | | | | | |
| MetLife Whole Life | A | DIV | J | T | | | | | |
| MetLife Whole Life | A | DIV | J | T | | | | | |
| MetLife Whole Life | B | DIV | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part VII line 14, 18   First Union became Wachovia.


Part VII line 34   Inadvertent failure to disclose in prior years additional whole life insurance policy

---

## IX. CERTIFICATION.


I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.


Signature _____          Date _____ 5-17-2004 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

---

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544